Michael O'GRADY, Appellant,

v.

ANOKA COUNTY BOARD OF COMMISSIONERS; Marathon County Board Supervisors; Keith Langenhan; Dan ErHart; Robert M.A. Johnson; Daniel Klint; Klint's Law Office; Marathon County Department of Social Services; Thomas Finley; County Child Support Agency; Scott Corbett; Marathon County Clerk of Courts; Sandra Murcus; Diane L. Sennholz; Roy Habeck; James R. Habeck; Phyllis Habeck; Penny Habeck; Synthia Y. O'Grady–Klint; Daniel L. Overbey; Karen Casteel–Schlise; Shawano County Board; Dorothy Bain; Interstate Title IV–D Compact Agency; Honorable N. Patrick Crooks; Honorable David T. Prossier; Honorable Patience Drake Roggenshack; Honorable Louis Butler; Honorable Thomas Cane; Honorable Gregory A. Peterson; Honorable Michael Hoover; Honorable Shirley S. Abrahamson; Honorable Jon P. Wilcox; Honorable Ann Walsh Bradley; James C. Alexander; Wisconsin Counties Association; Murnane & Brandt; Wisconsin Municipal Mutual Insurance Company; Covenant Home Services, LLC, Appellees.

Michael O'Grady, Portage, WI, pro se.

Catherine Mcpherson, Anoka County Attorney's Office, Anoka, MN, Joseph E. Flynn, Susan Steffen Tice, Jardine & Logan, Lake Elmo, MN, Roy Habeck, c/o James Habeck, Shawano, WI, John Steven Garry, Attorney General's Office, Thomas Arthur Gilligan, Nicholas John O'Connell, Jr., Murnane & Brandt, Patrick Henry O'Neill, Stephen M. Warner, II, O'Neill & Murphy, St. Paul, MN, David Charles Rice, Wisconsin Department of Justice Office of the Attorney General, Madison, WI, Sarah Thomas Pagels, Michael David Rosenberg, Whyte & Hirschboeck, Milwaukee, WI, Katherine A. Mcbride, Barbara A. Zurek, Meagher & Geer, Minneapolis, MN, for Appellees.

Daniel L. Overbey, Wausau, WI, pro se.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Michael O'Grady appeals the district court's[1] order dismissing as *Rooker–Feldman*[2] barred his complaint alleging wrongs stemming from his 1997 divorce, custody, and support proceedings. The dismissal order also required O'Grady to obtain permission from the Chief Judge of the Unit-

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

2. *See Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923); *Dist. of*

ed States District Court of the District of Minnesota before filing in that court any future action containing similar allegations. Upon review, we find no basis for reversal. *See Skit Int'l, Ltd. v. DAC Tech. of Ark., Inc.*, 487 F.3d 1154, 1156–57 (8th Cir.2007) (de novo review of district court's dismissal for lack of subject matter jurisdiction; *Rooker–Feldman* doctrine prohibits lower federal courts from exercising appellate review of state-court judgments); *cf. Sassower v. Carlson*, 930 F.2d 583, 584 (8th Cir.1991) (per curiam) (enjoining vexatious litigant from filing civil actions in Minnesota district court without first obtaining leave). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

*Columbia Ct. of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).